795 A.2d 969

**Pamela M. WRIGHT–HAINES, Respondent,**

v.

**Gary M. PROSKE, Petitioner.**

Supreme Court of Pennsylvania.

May 2, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of May 2002, we **GRANT** the Petition for Allowance of Appeal, **VACATE** the Order of the Superior Court, and **REMAND** the matter to the Court of

Common Pleas of Erie County for proceedings consistent with *Humphreys v. DeRoss,* 790 A.2d 281, (Pa.2002).